UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | FILED<br>IN CLERK'S OFFICE |
| | : | |
| vs. | : | 2005 JUN -6 P 12: 40 |
| | : | CASE NO: 3:00-30027-001 |
| | : | U.S. DISTRICT COURT<br>DISTRICT OF MASS |
| GARY WHITE | : | CA 05-30132-MAP |

MOTION TO PROCEED INFORMA PAUPERIS
PURSUANT TO 28 U.S.C. SECTION 1915

COMES NOW, Gary White, the defendant, pro se, and hereby moves the Honorable Court to grant his Motion to proceed informa pauperis, pursuant to 28 U.S.C. Section 1915 whereby defendant deposes and says:

   1.   Defendant is filing a Motion to Correct sentence as it does not conform with the U.S. Constitutional safeguards.

   2.   Defendant is currently an inmate at FCI Allenwood in White Deer, Pa. 17887.

   3.   Defendant has been incarcerated for the past 60 months and is indigent. Defendant has seldomly received any funds from his family, and does not anticipate acquiring any funds in the foreseeable future, which could serve to assist or advance the pre-requisite fees for filing in matters of this instant nature, as any funds received would be for the expressed purpose of obtaining the appropriate number of Copies, and first class postage required in the initiation of action of this instant nature.

4.  Finally, Defendant respectfully request of this District Court's permission to proceed on the instant filing, whereas it fully set forth his Claim addressing the nature of the unlawful sentence to which he is actually innocent of.

### CONCLUSION

WHEREFORE, Defendant prays, that this Honorable Court, will grant Defendant's Motion to proceed pauperis, pursuant of 28 U.S.C. Section 1915.

May 31, 2005

Respectfully Submitted,

Gary White
Reg. No. 90555-038
Post Office Box 2000
White Deer, Pa. 17887

2