UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**GARY WHITE,**
                Petitioner

v.                                              CA 05-30132-MAP

**UNITED STATES OF AMERICA,**
                Respondent

<u>ORDER</u>

June 6, 2005

**PONSOR, D.J.**

    Before the Court is a petition filed pursuant to 28 USC 2255. It is hereby ordered that the Clerk serve a copy of said petition on the United States Attorney and that the respondent file a response to the petition within thirty(30) days of the date of this Order.

    It is so ordered.

                                        /S/Michael A. Ponsor
                                        United States District Judge