IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY WHITE )
    Petitioner, )
V. )  CASE NO: 02-30027-AHP
    ) 05CV30132-MAP
UNITED STATES OF AMERICA )
    Respondent(s). )

MOTION FOR AN ENLARGEMENT OF TIME, PURSUANT TO FED. R. CIVIL P. RULE 6(b), TO FILE A REPLY BRIEF TO THE GOVERNMENTS RESPONSE TO PETITIONER'S PETITION TO VACATE, SET ASIDE OR CORRECT SENTENCE.

COMES NOW, Gary White, the petitioner, (hereafter White) and respectfully moves this Honorable Court, by motion for an enlargement of time, pursuant to Fed. R Civil P., Rule 6 (b), to file a reply brief to the Governments response to petitioner's petition to vacate, set aside or correct sentence under 28 USC section 2255, whereby White represents the following:

(1) White, is incarcerated and he has filed the above referenced motion seeking post conviction redress of his sentence.

(2) On June 14, 2005, White received the Government's Response.

(3) White, expressly reserves his right to reply to the Government's response. However, White will need additional time to file his "Reply Brief", due to an incident that occurred at the facility where by the inmates were on a lock down from 6/7/05 to 6/20/05, as well as, due to the intricate nature of the issues advance in these proceedings, along with fact that White is a layman at law who is without counsel.

(4) White estimates that with the difficulties in the preparation and research that are to some extent inherent while under the constraint and restrictions of prison, that he will need an enlargement of time up to July 21, 2005.

(5) White, anticipates that the Government will be opposed to this instant request, however, due process and the Court's ability to decide White's claims on merits, will be best served by granting of this motion.

Dated: 6/21/05

Respectfully Submitted

Gary White

Gary White
#90555-038
P.O. Box 2000
White Deer, Pa 17887

CERTIFICATE OF SERVICE

I Gary White do hereby certify that I caused to be mailed by placement in the institutional mailbox, first class postage prepaid, a true copy of the following: Motion for an enlargement of time, pursuant of Fed. R. Civil P. Rule 6(b) to: U.S Attorney's office at 1550 Main street, Third floor, Springfield, MA 01103.

Gary White
Gary White
Reg. No: 90555-038
P.O. Box 2000
White Deer, Pa 17887