UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GARY WHITE,<br>  Petitioner<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent | Civil Action No. 05-30132-MAP |

MEMORANDUM AND ORDER REGARDING
PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255
(Docket No. 2)

September 16, 2005

PONSOR, D.J.

    On September 21, 2000, the petitioner was indicted by a grand jury on one count of conspiracy to distribute cocaine base and nine counts of substantive distribution. On September 25, 2001, after a ten-day jury trial, the petitioner was convicted on all counts. He eventually received a sentence of 292 months in prison.

    On direct appeal, the Court of Appeals for the First Circuit affirmed both the conviction and the sentence. United States v. Capleton, 350 F.3d 231 (1st Cir. 2003).

    In this petition pursuant to 28 U.S.C. § 2255, the petitioner charges that he was entitled to acquittal based upon entrapment, as a matter of law. This issue was specifically addressed by the Court of Appeals, id. at 242-43, in affirming petitioner's conviction. The issue may not be pursued now.

Moreover, the evidence at trial was more than adequate to support the jurors' conclusion that the entrapment defense offered no protection to the petitioner.

Petitioner's unspecified confrontation clause claim carries no weight. The submissions do not indicate what "hearsay testimony" the petitioner now claims was admitted in violation of his Constitutional rights. Moreover, the enormous weight of audiotape and videotape evidence clearly supported the jury in its conclusion that the government had carried its burden.

For the foregoing reasons, the petitioner's motion pursuant to 28 U.S.C. § 2255 is DENIED, and the petition is hereby ordered DISMISSED. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge